# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 31, 2019

159225 & (18)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

ANNE MARIE HAZEN,
     Plaintiff-Appellant,

v

KEVIN ANTHONY PHILLIS,
     Defendant-Appellee.

SC: 159225
COA: 345880
Eaton CC: 11-000549-DS

_____/

     The motion to supplement record is GRANTED. On order of the Court, the application for leave to appeal the January 25, 2019 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 31, 2019



Clerk

t0528